LANTECH CONSTRUCTION Co., LLC         CASE# 03-16870

---

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS      10108
60-249 / 433

| Case | Debtor |
|---|---|
| 03-16870 JAB | LANTECH CONSTRUCTION |
| 92000254568266 | COMPANY LLC, |
| UNCLAIMED FUNDS | |

TID #380380
WILBUR J. (BILL) BABIN, JR.

Date    03/26/2010          $ ***********9.67

~~~Nine Dollars and 67/100

Pay to the Order of  CLERK, U. S. BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS, ROOM B-601
NEW ORLEANS LA 70130

WILBUR J. (BILL) BABIN, JR., Trustee

⑈000 10108⑈ ⑆043302493⑆ 92000 254 568 266⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 226949    - KL
* * C O P Y * *
March 31, 2010
14:27:50

UNC.UNDER$25
03-16870
Debtor.: LANTECH CONSTRUCTION COMPANY,
Trustee: Wilbur Babin, Jr.
Amount.:              $9.67 CH
Check#.: 10108

Total-> $9.67

FROM: BABIN

3/31/10
Deposited to Unclaimed Under
$25.00 Treasury 106000

Due
National Poly Fab Co., Inc.

CV.

**WILBUR J. "BILL" BABIN, JR.**
*Trustee in Bankruptcy*
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

March 29, 2010

Ms. Cheryl Vogel
Fiscal Admin Supervisor
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Rm. B-601
New Orleans, LA 70130-3386

In re: LANTECH CONSTRUCTION COMPANY, LLC
USBC NO. 03-16870, SECTION B

Dear Ms. Vogel:

Enclosed herewith please find check #10108 in the amount of $9.67 representing funds disbursed to the following creditors pursuant to Trustee's distribution of funds:

    National Poly Fab Co., Inc.    $9.67
    2711 Spain Street
    New Orleans, LA 70112
    Claim #4

As more than 90 days have elapsed since the issuance of these checks and they have not cleared the bank, please place these funds in the Registry of the Court.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

        Very truly yours,

        WILBUR J. "BILL" BABIN, JR.
        TRUSTEE

WJBjr/ld
Enclosure